# THOMAS P. HUGHES
ATTORNEY AT LAW
23 OXFORD ROAD
NEW HARTFORD, NEW YORK 13413

(315) 223-3043
FAX (315) 735-7924

**FILED**

**JUN 0 1 2011**

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

May 31, 2011

Clerk, U.S. Bankruptcy Court
230 U.S. Courthouse
10 Broad Street
Utica, New York 13501

Re:   Parise, Gregory C.
       Case No.: 10-60021

Dear Sir or Madam:

Pursuant to FRBP 3010 I enclose a check payable to the U.S. Bankruptcy Court in connection with the above referenced Chapter 7 proceeding, together with a Statement of Small Dividends.

Very truly yours,

Thomas P. Hughes

TPH: le

Enclosures

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
Utica DIVISION

In re:

PARISE, GREGORY C

PIZZA, NINO'S, II

          Debtor.

Chapter 7

Case No. 10-60021 DD

**STATEMENT OF
SMALL DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 4 | American Rocovery Systems Re Color Ad, 309 E Dominick Street Rome, NY 13440 | $1,532.09 | $4.70 |
| 7 | Supermedia (Formerly Idearc Media/Verizon Directories)-, BK Dept MC20,5601 Executive Dr. Irving, TX 75038 | $1,307.17 | $4.01 |

**TOTAL SMALL DIVIDENDS:**                                                                                        $    8.71

Dated:  May 31, 2011

*[signature]*
THOMAS PAUL HUGHES
Trustee
23 Oxford Road
New Hartford, NY  13413
(315) 223-3043

RECEIVED 2011 JUN -1 PM 2:56 CLERK OF THE BANKRUPTCY COURT N.D. OF NY UTICA